## PEOPLE *v.* WAY.

APPEAL from the Court of Sessions of the County of Napa.

*Edgarton & Hopkins* for Appellant.

*Attorney General* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., and FIELD, J., concurring.

The plea of former conviction is not supported by the evidence, and was properly overruled.

The objection that the evidence did not warrant the judgment is equally unsupported by the record.

Judgment affirmed.

## MEYER *v.* GORHAM.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

*Cook & Fenner* for Appellant.

*D. W. Perley and H. S. Love* for Respondent.

BALDWIN, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The plaintiff recovered judgment below, in trespass, for the levy by the defendant as Sheriff, of certain personal property of which plaintiff had possession by virtue of a chattel mortgage executed by Mitchell and Nunes to him.

The case is presented under a totally different state of facts from that shown by the record when the case was before this Court heretofore.

There is no error in the record, and judgment is affirmed.